McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

DEC 1 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | |
| DROPBOX account associated with buzzkill17421@yahoo.com and/or the User ID 424867359 | Case No. 2:18-SW-0599 AC |
| Microsoft Onedrive account associated with FORMICONI and/or the account User CID 8EE314689FF4AD4B | Case No. 2:18-SW-0731 KJN |
| pCloud account associated with FORMICONI and/or the account associated with the email address "buzzkill17421@yahoo.com" and/or "b_formiconi@yahoo.com". | Case No. 2:18-SW-0732 KJN<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 10-18-18

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS